IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JEANETTE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:14-CV-165-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  A United States Magistrate Judge filed a Report and Recommendation on May 15, 2015, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint due to Plaintiff's failure to file this action within the statutory time frame.  Neither party filed any objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's well-reasoned Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, all pending motions are DENIED AS MOOT, and Plaintiff's Complaint is DISMISSED with prejudice.

Dated this ___10___<sup>th</sup> day of June, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE